**Electronically Filed
Supreme Court
SCWC-21-0000280
27-MAY-2025
02:01 PM
Dkt. 25 ODAC**

SCWC-21-0000280

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BUTCH BURKE, QUEEN AUTO, LLC; TROPICAL LAMP & SHADE CO., LTD;
TROPICAL OTTO PARTS; U. OKADA & COMPANY, LTD.; THEODORE UYEDA,
Respondents/Plaintiffs-Appellees,

vs.

KAKAAKO LAND COMPANY, LLC; CEDRIC CHUN; CALVERT J.T. CHUN;
Petitioners/Defendants-Appellants,

and

CITY AND COUNTY OF HONOLULU;
HAWAIʻI COMMUNITY DEVELOPMENT AUTHORITY; STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.
(CASE NO. 1CC141001912)

------------------------------------------------------

KAKAAKO LAND COMPANY, LLC, a Hawaii Limited Liability Company,
Petitioner/Plaintiff-Appellant,

vs.

HEIRS AND ASSIGNS OF CHARLES S. DESKY; HEIRS AND ASSIGNS OF
MINNIE DESKY; HEIRS AND ASSIGNS OF FLORENCE DESKY; HEIRS AND
ASSIGNS OF HENRY BERNARD CHRISTIAN; HEIRS AND ASSIGNS OF PAUL
BERNARD CHRISTIAN; HEIRS AND ASSIGNS OF ADELE M. CHRISTIAN; and
Heirs of persons named above who are deceased, or persons
holding under said Heirs, and spouses, assigns, successors,
personal representatives, executors, administrators, and
trustees of persons named above who are deceased; STATE OF
HAWAIʻI; CITY AND COUNTY OF HONOLULU; DOES 1-100; and all other

persons unknown claiming any right, title, estate, lien or interest in real property described and TO ALL WHOM IT MAY CONCERN, Respondents/Defendants-Appellees.
(CASE NO. 1CCV-20-0000123)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000280; CASE NOS. 1CC141001912 and 1CCV-20-0000123)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, Devens, JJ.)


Petitioners' Application for Writ of Certiorari, filed

on April 14, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 27, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens